IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICKY SMITHER                                                            PLAINTIFF

v.                                          CIVIL ACTION NO. 1:16-cv-00119-GHD-DAS

NORTHEAST MISSISSIPPI
COMMUNITY COLLEGE                                         DEFENDANT

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Pursuant to an opinion issued this day, the Court **ORDERS** as follows:

(1)      Defendant Northeast Mississippi Community College's Federal Rule of Civil Procedure 12(b)(1) motion to dismiss [11] is **GRANTED**, because the Court lacks subject-matter jurisdiction over the case *sub judice*;

(2)      all claims are **DISMISSED WITHOUT PREJUDICE**; and

(3)      this case is **CLOSED**.

**SO ORDERED**, this, the 19th day of July, 2017.

                                                     _____
                                                     SENIOR U.S. DISTRICT JUDGE